# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DELAINE ANDREWS, | : |
| | : |
| | : CIVIL ACTION |
| Plaintiff, | : |
| | : |
| v. | : |
| | : |
| ENCOMPASS HOME AND AUTO | : NO. 15-0268 |
| INSURANCE COMPANY, | : |
| | : |
| Defendant. | : |

## ORDER

**AND NOW**, this *10th* day of *June*, 2015, upon consideration of Plaintiff Delaine Andrews's Motion to Transfer Venue (Docket No. 10) and Defendant Encompass Home and Auto Insurance Company's Response in Opposition (Docket No. 11), it is hereby **ORDERED** that the Motion is **DENIED**.

It is so **ORDERED**.

BY THE COURT:


 *s/ Ronald L. Buckwalter*
 RONALD L. BUCKWALTER, S.J.