```
               IN THE UNITED STATES DISTRICT COURT
            FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

DELAINE ANDREWS                  :      CIVIL ACTION
                                 :
        vs.                      :
                                 :
ENCOMPASS INSURANCE CO.          :      NO. 15-268

O R D E R

**AND NOW, TO WIT:** This 17th day of August, 2015, it having been reported that the issues between the parties in the above action has been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court, it is

**ORDERED** that the above action is **DISMISSED** with prejudice, pursuant to agreement of counsel without costs.


**MICHAEL E. KUNZ**, Clerk of Court


**BY:** S/ *Matthew J. Higgins*
       MATTHEW J. HIGGINS
           Deputy Clerk